**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOREVERMORE MUSIC, INC.,<br>Plaintiff,<br>v.<br>43 NORTH BROADWAY, LLC,<br>Defendant. | **Civil Action No. 7:26-cv-06619-PMH** |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Plaintiff 43 North Broadway, LLC.

Dated: August 24, 2026

COZEN O'CONNOR

*s/ Keren Dadon*

Keren Dadon (KD5428)
3 WTC 175 Greenwich Street 55 Fl.
New York, NY 10007
Telephone: (212) 883-2254
Facsimile: (646) 461-2042
Email: kdadon@cozen.com

*Attorneys for Defendant 43 North Broadway, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 24, 2026, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: August 24, 2026

*/s/ Keren Dadon*
Keren Dadon