UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOREVERMORE MUSIC, INC.,

Plaintiff,

-against-

43 NORTH BROADWAY LLC,

Defendant.

**ORDER**

26-CV-06619 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 13, 2026, the Court held a pre-motion conference on defendant 43 North Broadway LLC's ("Defendant") application for leave to file a motion to dismiss (the "Conference"). (Doc. 37). Counsel for Plaintiff and Defendant appeared telephonically. As directed at the conference and set forth further herein:

1) Defendant's application for leave to file a motion to dismiss is denied, for the reasons set forth at the Conference. Defendant shall, by no later than **November 17, 2026**, serve and file an Answer to the Complaint;

2) Plaintiff shall, **by no later than 5:00 p.m. on October 16, 2026**, file a stipulation withdrawing without prejudice, Claims Four, Five, and Six. Additionally, the Parties shall, within one week of the Conference, meet and confer and exchange letters on the viability of Plaintiff's Lanham Act claim (Third Claim for Relief), in light of the discussion of this Claim at the Conference. Upon meeting and conferring and the above-detailed letter exchange, the Parties shall, by no later than **October 21, 2026**, file either: i) a stipulation withdrawing Claim Three; or ii) a letter notifying the Court that no agreement was reached concerning this claim; and

3) Plaintiff shall, by no later than **October 21, 2026**, serve and provide to Defendant the salient documents that form the basis for Plaintiff's remaining claims. Such salient documents may include, but are not necessarily limited to, the alleged joint venture agreement referred to during the Conference and in paragraph 12 of the Complaint. (*See* Doc. 1 ¶ 12).

*See* transcript.

**SO ORDERED.**

Dated: White Plains, New York
October 13, 2026

PHILIP M. HALPERN
United States District Judge